UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:23-00013-03 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DONTERRIAN M. LAVENDER (03)<br>a/k/a "LABEL" | MAG. JUDGE KAYLA D. MCCLUSKY |

**REPORT AND RECOMMENDATION ON**
**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the Defendant, this cause came before the undersigned U. S. Magistrate Judge on March 4, 2024, for administration of guilty plea and allocution of the Defendant Donterrian M. Lavender under Rule 11 of the Federal Rules of Criminal Procedure.   Defendant was present with his counsel, Mr. Joseph Greenwald, Jr.

After said hearing, it is the finding of the undersigned that the Defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Superseding Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.   In addition, both the Government and the Defendant have waived their right to object to the report and recommendation.   Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the Defendant Donterrian M. Lavender in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Donterrian M. Lavender be finally adjudged guilty of the offense charged in Count One of the Superseding Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage

of the requisite delays.

    In Chambers, at Monroe, Louisiana, on this 4th day of March, 2024.

                                                                              _____
                                                                              KAYLA DYE MCCLUSKY
                                                                              UNITED STATES MAGISTRATE JUDGE