# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00013-03** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DONTERRIAN M. LAVENDER (03)** a/k/a "LABEL" | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 175] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Donterrian M. Lavender and adjudges him guilty of the offense charged in Count One of the Superseding Indictment.

MONROE, Louisiana, this 6th day of March 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE